1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW & MEGAN DUNN, AND THE MARITAL COMMUNITY COMPRISED THEROF,<br><br>*Plaintiffs,*<br><br>v.<br><br>COLUMBIA DEBT RECOVERY, LLC, THE ROW TOWNHOMES, LLC and THRIVE COMMUNITIES MANAGEMENT, LLC,<br><br>*Defendants.* | Case No.: **2:25-cv-00089**<br><br>**[PROPOSED]** ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

THIS MATTER having come before the Court <u>on the parties' stipulated motion for withdrawal and substitution of counsel (Dkt. No. 21)</u>, pursuant to Local Civil Rule 83.2 (b)(1), the Court HEREBY ORDERS AS FOLLOWS;

BENJAMIN I. VANDENBERGHE, MICHAEL L. PARROTT, AND MITCHELL WALLUM of MONTGOMERY PURDUE PLLC, shall be permitted to withdraw from representation of defendants THE ROW TOWNHOMES, LLC AND THRIVE COMMUNITIES MANAGEMENT in the above-captioned matter. NICHOLAS C. LARSON and REBECCA SINGER of Murphy Pearson Bradley & Feeney have appeared and will be taking over as counsel for the above-named defendants in place of all withdrawing attorneys.

1

[PROPOSED] ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

ECF notifications will be updated accordingly to remove each withdrawing attorney. <u>Docket Number 20 is DENIED as moot.</u>

　　　　IT IS SO ORDERED.

　　DATED this 25th day of April, 2025.

　　　　　　　　　　　　　　　　　　　　_John C. Coughenour_
　　　　　　　　　　　　　　　　　　　　John C. Coughenour
　　　　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL